# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Laplante, Joseph N. | US District Court, D NH | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 1/1/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States District Court
55 Pleasant Street
Concord, NH 03301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, Vice Chair (Board of Trustees) | Rivier University (non-profit) |
| 2. | Governor (Board of Directors) | Georgetown University Alumni Association (non-profit) |
| 3. | Trustee (Board of Directors) | Southern NH Health System (non-profit) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Laplante, Joseph N. | 05/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2018 | Boston College School of Law - teaching | $6,000.00 |
| 2. 2018 | University of NH School of Law - teaching | $3,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 2018 | St. Christopher School (Development Office, parochial school) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | Freedom Forum Institute | 11/14/18 - 11/15/18 | Boston, MA | Justice and Journalism Program | Meals, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Santander Bank | A | Interest | K | T | | | | | |
| 2. Lake Sunapee Bank | A | Interest | J | T | | | | | |
| 3. Digital Federal Credit Union | A | Interest | J | T | | | | | |
| 4. Northwestern Mutual Brokerage Account (formerly American Mutual Funds) | | | | | | | | | |
| 5. --Europacific Grown Fund - A | A | Dividend | J | T | | | | | |
| 6. --The Growth Fund of America Class A | C | Dividend | L | T | | | | | |
| 7. Northwestern Mutual Roth IRA ▓▓▓ | | | | | | | | | |
| 8. --The Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 9. Northwestern Mutual IRA - ▓▓▓ | | | | | | | | | |
| 10. --The Bond Fund of America Class A | A | Dividend | K | T | | | | | |
| 11. --The Growth Fund of America - Class A | A | Dividend | L | T | | | | | |
| 12. Northwestern Mutual Roth IRA ▓▓▓ ▓▓▓ | | | | | | | | | |
| 13. --The Bond Fund of America Class A | A | Dividend | J | T | | | | | |
| 14. --The Growth Fund of America Class A | A | Dividend | K | T | | | | | |
| 15. Northwestern Mutual IRA ▓▓▓ | | | | | | | | | |
| 16. --The Bond Fund of America Class A | A | Dividend | J | T | | | | | |
| 17. --The Growth Fund of America Class A | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Investments | | | | | | | | | |
| 19. --Carta Molinari LLC | A | | K | T | | | | | |
| 20. Coverdell ESA's (Northwestern Mutual Education Savings) | | | | | | | | | |
| 21. --The Growth Fund of America Class A (Marcel) | D | Dividend | L | T | | | | | |
| 22. --US Government Securities Fund Class A (child) | A | Dividend | | | Sold | 08/09/18 | K | A | |
| 23. 529 Plans | | | | | | | | | |
| 24. --American Balanced Fund Class A | B | Dividend | K | T | | | | | |
| 25. --The Growth Fund of America Class A | D | Dividend | M | T | | | | | |
| 26. --American Funds U.S. Government Money Market Fd Class A | A | Dividend | K | T | Buy | 08/09/18 | K | | |
| 27. --American Funds U.S. Government Money Market Fd Class A | A | Dividend | K | T | Sold (part) | 11/14/18 | J | A | |
| 28. --The Growth Funds of America Class A | A | Dividend | | | Sold | 08/09/18 | J | A | |
| 29. --U.S. Government Securities Fund Class A | A | Dividend | | | Sold | 08/09/18 | K | A | |
| 30. --American Funds U.S. Government Money Market Fund Class A | A | Dividend | M | T | | | | | |
| 31. --The Growth Fund of America Class A | A | Dividend | | | Sold | 08/09/18 | M | A | |
| 32. --U.S. Government Securities Class A | A | Dividend | | | Sold | 08/09/18 | K | A | |
| 33. --American Balanced Fund Class A | A | Dividend | | | Sold | 08/09/18 | K | A | |
| 34. --American Funds U.S. Government Money Market Fund Class A | A | Dividend | K | T | Sold (part) | 08/09/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --U.S. Government Securities Fund Class A | A | Dividend | | | Sold | 08/09/18 | K | A | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Laplante, Joseph N. | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On January 3, 2020, I received a letter from the Committee on CAB financial disclosure requesting that I make corrective amendments to this disclosure. This informational explanation will suffice as my corrective amendment.

The lack of clarity with respect to lines 30, 31, 32, and 34 in Part VII (referring to funds not named in the 2017 Disclosure) in Part VII is attributable to (a) liquidations of and (b) fund changes made in education savings accounts. I have used those mutual fund-based accounts to save money for, and only for, my ▮▮▮▮ education. I maintain six college education accounts for my three ▮▮▮ three "529" accounts ▮▮▮▮▮▮▮), and three "Coverdale ESA" education savings accounts ▮▮▮▮▮▮). All of these college savings accounts were constituted by various mutual funds from the "American Funds" family of mutual funds.

In recent years, with two of my ▮▮▮▮ attending and graduating from a private Catholic high school and all three moving on to post-secondary education, I have sold shares of those accounts to pay for college tuition at Georgetown University ▮▮▮▮▮▮, and Bishop Guertin High School ▮▮▮▮▮▮ There have been occasions when I have liquidated certain funds to pay tuition, and other times to simply re-allocate the education savings to higher or lower risk American Funds mutual funds depending on the number of years until the tuition obligations arise (lower risk funds for sooner-arising obligations, and higher risk funds for later-arising obligations, such as potential graduate school). This created the impression of multiple mutual fund transactions or liquidations where, in reality, I was merely selling funds to pay tuition and related college costs, or just changing funds within the American Funds family of funds for my education savings accounts.

The appearance (but not the reality) of further complicated transactions was created when I occasionally utilized funds in an education account maintained under one ▮▮▮ s name (one of my two ▮▮▮) to pay the tuition for a different child (my ▮▮▮▮). My funds manager also believed it was necessary to effectuate those transfers thorough my American Funds money market account, which appeared to add yet another layer to these transactions. This is permissible under the rules and regulations governing these accounts.

Unfortunately, I believe all of this activity — all involving saving for and paying for my ▮▮▮▮ 's post-secondary educations -- unnecessarily created confusion for me and for my accountant as we prepared my 2018 Financial disclosure statement. (Similar confusion had been created in prior years.) My accountant and I worked together to try to address the confusing tangle of transactions, but we had some difficulty following the chain based on the documents provided by my account managers. We also consulted with my financial planner who employs the account managers, but it appears that our efforts did not result in a sufficiently clear Part VII of my Disclosure.

What I can certify, without any question in my mind, is that every dollar liquidated for any of these 529 or Coverdale accounts was utilized lawfully to pay educational tuition and authorized related expenses, or simply transferred to a different American Funds 529 or Coverdell fund within my existing education saving structure for future use in the same way.

With respect to lines 8-11 in Part VII, also addressed in the Committee's letter, I believe the Committee was mistaken. The accounts there involve a conventional IRA and a Roth IRA maintained by my ▮▮▮ Those accounts do, in fact, appear on my 2017 Disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph N. Laplante**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544